808 A.2d 95

IN THE MATTER OF DAVID L. LOCKARD, AN ATTORNEY
AT LAW (ATTORNEY NO. PHV006710)

October 17, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–062, recommending that **DAVID L. LOCKARD of PHILADELPHIA, PENNSYLVANIA** be barred permanently from appearing *pro hac vice* in this State;

And **DAVID L. LOCKARD** having been ordered to show cause why he should not be so barred or why the Court should not take other appropriate action;

And the Court having determined from its review of the record that there is clear and convincing evidence that respondent failed to safeguard client funds, in violation of *RPC* 1.15(c);

And good cause appearing;

It is ORDERED that the privilege of **DAVID L. LOCKARD** to appear *pro hac vice* in New Jersey pursuant to *Rule* 1:21–2 is hereby suspended for a period of three years and until the further Order of the Court, effective immediately.